UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| PETITIONER, ) | JUDGE KATHLEEN CARDONE |
| ) | |
| V. ) | |
| ) | CIVIL ACTION NO. |
| RUGER, MODEL LC9, 9MM CALIBER PISTOL, ) | |
| SERIAL NO. 326-18771; ) | **EP 15 CV 02 4 0** |
| ) | |
| SMITH & WESSON, MODEL SW40E, 40 ) | |
| CALIBER PISTOL, SERIAL NO. PBD7348; ) | |
| ) | |
| GIRSAN, MODEL MC 1911 S, 45 CALIBER ) | |
| PISTOL, SERIAL NO. T6368-13AB03570; ) | |
| ) | |
| CLERKE TECHNICORP, MODEL CLERKE 1ST, ) | |
| 32 CALIBER REVOLVER, SERIAL NO. 911446; ) | |
| ) | |
| MOSSBERG, MODEL 500, 12 GAUGE ) | |
| SHOTGUN, SERIAL NO. U601070; ) | |
| ) | |
| 146 ROUNDS, MORE OR LESS, OF ASSORTED 9 ) | |
| CALIBER AMMUNITION; ) | |
| ) | |
| 75 ROUNDS, MORE OR LESS, OF ASSORTED 12 ) | |
| CALIBER AMMUNITION; ) | |
| ) | |
| 100 ROUNDS, MORE OR LESS, OF ASSORTED ) | |
| 40 CALIBER AMMUNITION; AND ) | |
| ) | |
| 100 ROUNDS, MORE OR LESS, OF ASSORTED ) | |
| 45 CALIBER AMMUNITION; ) | |
| ) | |
| RESPONDENTS. ) | |

## WARRANT FOR THE ARREST OF PROPERTY

TO THE BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES OR OTHER AUTHORIZED LAW ENFORCEMENT OFFICER OR ANY OTHER PERSON OR ORGANIZATION AUTHORIZED BY LAW TO ENFORCE THE WARRANT:

WHEREAS, a Verified Complaint for Forfeiture *in rem* was filed on August 18, 2015, against one Ruger, Model LC9, 9mm Caliber Pistol, Serial No. 326-18771; one Smith & Wesson, Model SW40E, 40 Caliber Pistol, Serial No. PBD7348; one Girsan, Model MC 1911 S, 45 Caliber Pistol, Serial No. T6368-13AB03570; one Clerke Technicorp, Model Clerke 1st, 32 Caliber Revolver, Serial No. 911446; one Mossberg, Model 500, 12 Gauge Shotgun, Serial No. U601070; 146 rounds, more or less, of assorted 9 caliber ammunition, seized on or about March 6, 2015, in El Paso, Texas; 75 rounds, more or less, of assorted 12 caliber ammunition, seized on or about March 6, 2015, in El Paso, Texas; 100 rounds, more or less, of assorted 40 caliber ammunition, seized on or about March 6, 2015, in El Paso, Texas; and 100 rounds, more or less, of assorted 45 caliber ammunition, seized on or about March 6, 2015, in El Paso, Texas (collectively referred to as the "Respondent Properties"), alleging that the Respondent Properties are subject to forfeiture to the United States of America pursuant to 18 U.S.C. § 924(d)(1) for violations of 18 U.S.C. § 922(g)(3), and

WHEREAS an Order has been entered by the United States District Court for the Western District of Texas that a Warrant for Arrest of Property be issued as prayed for by Petitioner United States of America,

YOU ARE THEREFORE COMMANDED to arrest the Respondent Properties as soon as practicable by serving a copy of this warrant on the custodian in whose possession, custody or control the Respondent Properties are presently found, and to use whatever means may be appropriate to protect and maintain them in your custody until further order of this Court,

including designating a substitute custodian or representative for the purposes of maintaining the care and custody of the Respondent Properties and to make a return as provided by law.

SIGNED this _____ day of _____, 2015.

                                        JEANNETTE J. CLACK
                                        United States District Clerk
                                        Western District of Texas

By: _____
     Deputy