UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| PETITIONER, | ) | JUDGE KATHLEEN CARDONE |
| | ) | |
| V. | ) | |
| | ) | CIVIL ACTION NO. |
| RUGER, MODEL LC9, 9MM CALIBER PISTOL, SERIAL NO. 326-18771; | ) | |
| | ) | **EP15CV0240** |
| SMITH & WESSON, MODEL SW40E, 40 CALIBER PISTOL, SERIAL NO. PBD7348; | ) | |
| GIRSAN, MODEL MC 1911 S, 45 CALIBER PISTOL, SERIAL NO. T6368-13AB03570; | ) | |
| CLERKE TECHNICORP, MODEL CLERKE 1ST, 32 CALIBER REVOLVER, SERIAL NO. 911446; | ) | |
| MOSSBERG, MODEL 500, 12 GAUGE SHOTGUN, SERIAL NO. U601070; | ) | |
| 146 ROUNDS, MORE OR LESS, OF ASSORTED 9 CALIBER AMMUNITION; | ) | |
| 75 ROUNDS, MORE OR LESS, OF ASSORTED 12 CALIBER AMMUNITION; | ) | |
| 100 ROUNDS, MORE OR LESS, OF ASSORTED 40 CALIBER AMMUNITION; AND | ) | |
| 100 ROUNDS, MORE OR LESS, OF ASSORTED 45 CALIBER AMMUNITION; | ) | |
| RESPONDENTS. | ) | |

## ORDER FOR WARRANT OF ARREST OF PROPERTY

WHEREAS, on August 18, 2015, the United States of America, by and through its United States Attorney for the Western District of Texas, Richard L. Durbin, Jr., and Assistant U.S. Attorney Anna E. Arreola, filed a Verified Complaint for Forfeiture *in rem* against one Ruger, Model LC9, 9mm Caliber Pistol, Serial No. 326-18771; one Smith & Wesson, Model

SW40E, 40 Caliber Pistol, Serial No. PBD7348; one Girsan, Model MC 1911 S, 45 Caliber Pistol, Serial No. T6368-13AB03570; one Clerke Technicorp, Model Clerke 1st, 32 Caliber Revolver, Serial No. 911446; one Mossberg, Model 500, 12 Gauge Shotgun, Serial No. U601070; 146 rounds, more or less, of assorted 9 caliber ammunition, seized on or about March 6, 2015, in El Paso, Texas; 75 rounds, more or less, of assorted 12 caliber ammunition, seized on or about March 6, 2015, in El Paso, Texas; 100 rounds, more or less, of assorted 40 caliber ammunition, seized on or about March 6, 2015, in El Paso, Texas; and 100 rounds, more or less, of assorted 45 caliber ammunition, seized on or about March 6, 2015, in El Paso, Texas (collectively referred to as the "Respondent Properties"), alleging that the Respondent Properties are subject to forfeiture to the United States of America pursuant to 18 U.S.C. § 924(d)(1) for violations of 18 U.S.C. § 922(g)(3), IT IS THEREFORE

ORDERED that a Warrant for the Arrest of Property against the Respondent Properties issue as prayed for, and that the Bureau of Alcohol, Tobacco, Firearms and Explosives, or any other law enforcement officer, or any other person or organization authorized by law to enforce the warrant, be commanded to arrest the Respondent Properties and take them into possession for safe custody as provided by Rule G, Supplemental Rules of Federal Rules of Civil Procedure, until further order of the Court, and to use whatever means may be appropriate to protect and maintain them in their custody, including designating a substitute custodian or representative for the purposes of maintaining the care and custody of the Respondent Properties, and to make a return as provided by law.

SIGNED this 19th day of August, 2015.

_____
UNITED STATES DISTRICT JUDGE